# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HUGHES, RAYMOND H. § Case No. 10-73819
      HUGHES, PAMELA A. §
       §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    211 South Court Street
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/07/2012 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/06/2012        By:  /s/BERNARD J. NATALE
                                Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: HUGHES, RAYMOND H. § | Case No. 10-73819 |
| HUGHES, PAMELA A. § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,466.19 |
| *and approved disbursements of* | $ 50.00 |
| *leaving a balance on hand of* [1] | $ 10,416.19 |
| **Balance on hand:** | $ 10,416.19 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,416.19 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,796.62 | 0.00 | 1,796.62 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 938.25 | 0.00 | 938.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 3.70 | 0.00 | 3.70 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,738.57 |
| Remaining balance: | $ 7,677.62 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $     7,677.62

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,207.13 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | IRS | 9,207.13 | 0.00 | 7,677.62 |

Total to be paid for priority claims:  $     7,677.62
Remaining balance:  $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 131,754.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,621.21 | 0.00 | 0.00 |
| 2 | Discover Bank | 7,343.24 | 0.00 | 0.00 |
| 3 | Roundup Funding, LLC | 1,723.70 | 0.00 | 0.00 |
| 4 | Chase Bank USA, N.A. | 5,483.31 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 21,513.83 | 0.00 | 0.00 |
| 6 | U.S. Bank N.A. | 20,013.49 | 0.00 | 0.00 |
| 7 | Capital One Bank (USA), N.A. | 8,648.44 | 0.00 | 0.00 |
| 9 | Chase Bank USA, N.A. | 13,126.62 | 0.00 | 0.00 |
| 10 | Chase Bank USA, N.A. | 8,126.26 | 0.00 | 0.00 |
| 11 | PNC BANK | 16,160.56 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 12 | Fia Card Services, NA/Bank of America | 7,815.53 | 0.00 | 0.00 |
| 13 | Fia Card Services, NA/Bank of America | 11,435.93 | 0.00 | 0.00 |
| 14 | Capital Recovery IV LLC | 742.56 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Raymond H. Hughes  
Pamela A. Hughes  
    Debtors

Case No. 10-73819-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: vgossett     Page 1 of 2     Date Rcvd: Feb 10, 2012  
                      Form ID: pdf006     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2012.

```
db/jdb     +Raymond H. Hughes,   Pamela A. Hughes,    6227 Park Ridge Rd.,   Loves Park, IL 61111-4070
15925978   +Alpine Bank,   P.O. Box 6086,   Rockford, IL 61125-1086
15925979    Bank of America,   PO Box 851001,    Dallas, TX 75285-1001
15925980   +Calypso Cay Vacation Villas,   PO Box 150,   Scottsdale, AZ 85252-0106
15925981   +Capital One,   P.O. Box 790217,   Saint Louis, MO 63179
16311816    Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,   PO Box 248839,
             Oklahoma City, OK  73124-8839
16255605    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15925982    Chase/Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
16548065   +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
15925985    PNC Bank,   PO Box 856177,    Louisville, KY 40285-6177
16307387   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:  U.S. Bank N.A.,    Bankruptcy Department,   P.O. Box 5229,
             Cincinnati, OH 45201-5229)
15925989    Wells Fargo Home Mortgage,    PO Box 6423,   Carol Stream, IL 60197-6423
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16590944     E-mail/PDF: rmscedi@recoverycorp.com Feb 11 2012 03:40:11     Capital Recovery IV LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
15925983     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2012 04:20:10     Discover Bank,   PO Box 6103,
              Carol Stream, IL 60197-6103
16199996     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2012 04:20:10     Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
16576401     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 11 2012 04:17:47
              Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
15925984     E-mail/Text: cio.bncmail@irs.gov Feb 11 2012 02:02:09     IRS,    P O Box 21126,
              Philadelphia, PA 19114
15925986    +E-mail/Text: mpapoccia@rvfcu.org Feb 11 2012 02:38:01     Rock Valley Federal CU,
              1201 Clifford Avenue,   Loves Park, IL 61111-7500
16227149     E-mail/Text: resurgentbknotifications@resurgent.com Feb 11 2012 02:05:25     Roundup Funding, LLC,
              MS 550,   PO Box 91121,   Seattle, WA 98111-9221
15925987     E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2012 03:40:10     Sam's Club Discover,
              P.O. Box 960013,   Orlando, FL 32896-0013
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15925988*   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    P.O. Box 790408,   Saint Louis, MO 63179-0408)
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett            Page 2 of 2            Date Rcvd: Feb 10, 2012
                              Form ID: pdf006           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2012 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              David L Davitt    on behalf of Debtor Raymond Hughes ddavitt@rockriverlaw.com,
               bethhugdahl@rockriverlaw.com;davittlegal@gmail.com
              James E Stevens    on behalf of Creditor   Alpine Bank & Trust Co. jimstevens@bslbv.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
              William A Reilly    on behalf of Creditor   Rock Valley Federal Credit Union
               wreilly@reilly-lawoffices.com, pkasmar@reilly-lawoffices.com
                                                                                              TOTAL: 7
```