**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: HUGHES, RAYMOND H.          § Case No. 10-73819
       HUGHES, PAMELA A.           §
                                   §
Debtor(s)                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $189,217.00              Assets Exempt: $46,702.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,677.62    Claims Discharged
                                              Without Payment: $133,972.19

Total Expenses of Administration: $2,788.57

   3) Total gross receipts of $ 10,466.19 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,466.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $124,829.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,788.57 | 2,788.57 | 2,788.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,000.00 | 9,207.13 | 9,207.13 | 7,677.62 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 121,422.00 | 131,754.68 | 131,754.68 | 0.00 |
| **TOTAL DISBURSEMENTS** | $249,251.00 | $143,750.38 | $143,750.38 | $10,466.19 |

4) This case was originally filed under Chapter 7 on July 30, 2010. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/15/2012         By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/7th Interest in 837 Blackhawk | 1110-000 | 10,466.12 |
| Interest Income | 1270-000 | 0.07 |
| **TOTAL GROSS RECEIPTS** | | **$10,466.19** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Alpine Bank | 4110-000 | 2,047.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank | 4110-000 | 3,468.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 91,614.00 | N/A | N/A | 0.00 |
| NOTFILED | Calypso Cay Vacation Villas | 4110-000 | 9,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock Valley Federal CU | 4110-000 | 17,900.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$124,829.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 3.70 | 3.70 | 3.70 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 938.25 | 938.25 | 938.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,796.62 | 1,796.62 | 1,796.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $2,788.57 | $2,788.57 | $2,788.57 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | IRS | 5800-000 | 3,000.00 | 9,207.13 | 9,207.13 | 7,677.62 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $3,000.00 | $9,207.13 | $9,207.13 | $7,677.62 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 16,626.00 | 9,621.21 | 9,621.21 | 0.00 |
| 2 | Discover Bank | 7100-000 | N/A | 7,343.24 | 7,343.24 | 0.00 |
| 3 | Roundup Funding, LLC | 7100-000 | N/A | 1,723.70 | 1,723.70 | 0.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,483.31 | 5,483.31 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Chase Bank USA, N.A. | 7100-000 | 48,088.00 | 21,513.83 | 21,513.83 | 0.00 |
| 6 | U.S. Bank N.A. | 7100-000 | 19,774.00 | 20,013.49 | 20,013.49 | 0.00 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 8,648.44 | 8,648.44 | 0.00 |
| 9 | Chase Bank USA, N.A. | 7100-000 | N/A | 13,126.62 | 13,126.62 | 0.00 |
| 10 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,126.26 | 8,126.26 | 0.00 |
| 11 | PNC BANK | 7100-000 | 15,626.00 | 16,160.56 | 16,160.56 | 0.00 |
| 12 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 7,815.53 | 7,815.53 | 0.00 |
| 13 | Fia Card Services, NA/Bank of America | 7100-000 | 18,969.00 | 11,435.93 | 11,435.93 | 0.00 |
| 14 | Capital Recovery IV LLC | 7100-000 | 1,651.00 | 742.56 | 742.56 | 0.00 |
| NOTFILED | Sam's Club Discover | 7100-000 | 688.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $121,422.00 | $131,754.68 | $131,754.68 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73819  
**Case Name:** HUGHES, RAYMOND H.  
HUGHES, PAMELA A.  
**Period Ending:** 05/15/12

**Trustee:** (330370)    BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 09/16/10  
**Claims Bar Date:** 12/27/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   6227 Park Ridge Rd., Loves Park | 155,000.00 | 486.00 | DA | 0.00 | FA |
| 2   1/7th Interest in 837 Blackhawk | 11,000.00 | 11,000.00 |  | 10,466.12 | FA |
| 3   Checking Acct - Alpine | 100.00 | 0.00 | DA | 0.00 | FA |
| 4   Checking Acct - Alpine Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 5   Checking Acct - U.S. Bank | 1.00 | 0.00 | DA | 0.00 | FA |
| 6   Alpine Bank - Savings | 200.00 | 0.00 | DA | 0.00 | FA |
| 7   Misc Household Goods, Furnishings & Appliances | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8   401k Plan | 2,300.00 | 0.00 | DA | 0.00 | FA |
| 9   IRA Account | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10  Pending VA disability claim | Unknown | 0.00 | DA | 0.00 | FA |
| 11  2004 Dodge Caravan - 113k miles | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 12  2005 Chevy Malibu - 92k miles | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 13  Calypso Cay Vacation Villas PO Box 150 Scottsdal | 12,000.00 | 2,200.00 | DA | 0.00 | FA |
| 14  REIT- Behringer Harvard | 6,016.00 | 0.00 | DA | 0.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A |  | 0.07 | FA |
| 15  **Assets    Totals** (Excluding unknown values) | **$200,217.00** | **$13,686.00** |  | **$10,466.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

PROBATE ASSETS COLLECTED JANUARY 2012.  FINAL REPORT TO BE FILED.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012      **Current Projected Date Of Final Report (TFR):**    February 5, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-73819 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | HUGHES, RAYMOND H. | | Bank Name: | The Bank of New York Mellon |
| | HUGHES, PAMELA A. | | Account: | 9200-******14-65 - Checking Account |
| Taxpayer ID #: | **-***3896 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 05/15/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/11 | {2} | Pamela A. Hughes | Pymt on Real Estate | 1110-000 | 5,957.45 | | 5,957.45 |
| 01/10/12 | {2} | Eugene Loomis Estate | Balance of Pymt from Probate Estate on Real Estate | 1110-000 | 4,508.67 | | 10,466.12 |
| 01/25/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,441.12 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,441.19 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,416.19 |
| 03/08/12 | 1001 | BERNARD J. NATALE | Dividend paid 100.00% on $1,796.62, Trustee Compensation;  Reference: | 2100-000 | | 1,796.62 | 8,619.57 |
| 03/08/12 | 1002 | IRS | Distribution paid 83.38% on $9,207.13; Claim# 8; Filed: $9,207.13; Reference: 4421/9810 | 5800-000 | | 7,677.62 | 941.95 |
| 03/08/12 | 1003 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 941.95 | 0.00 |
| | | | Dividend paid 100.00%  938.25 on $938.25;  Claim# ATTY; Filed: $938.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%  3.70 on $3.70;  Claim# EXP; Filed: $3.70 | 3120-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 10,466.19 | 10,466.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 10,466.19 | 10,466.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,466.19 | $10,466.19 | |

Net Receipts :    10,466.19
Net Estate :    $10,466.19

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******14-65 | 10,466.19 | 10,466.19 | 0.00 |
| | $10,466.19 | $10,466.19 | $0.00 |

{} Asset reference(s)